■ MARY ANNA WATKINS et al., Respondents, v MANSELL REAL ESTATE GROUP, LLP, Appellant, et al., Defendant. [951 NYS2d 414]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered September 2, 2011. The order denied the motion of defendant Mansell Real Estate Group, LLP for summary judgment.

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties on May 3, 2012,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Fahey, Lindley, Sconiers and Martoche, JJ.